IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVIN THOMAS, | : |
| Plaintiff, | : : : |
| v. | : : Case No. 1:23-cv-01217 SRF |
| TROOPER FIRST CLASS TREVOR WHITE, SERGEANT JON KING and CORPORAL BRANDON TRIANTOS, Individually and in their capacities As Officers for the Delaware State Police, | : : : : : : : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed, by and between counsel, that any and all claims brought by or on behalf of Plaintiff, Devin Thomas, against Defendants, Trevor White, Jon King, and Brandon Triantos, are hereby dismissed with prejudice.

**SCHWARTZ & SCHWARTZ**

/s/ Joseph D. Stanley
Joseph D. Stanley (#6329)
1140 S. State Street
P.O. Box 541
Dover, DE 19903
(302) 678-8700
joe.stanley@schwartzandschwartz.com
*Attorney for Plaintiff Devin Thomas*

**DELAWARE DEPARTMENT OF JUSTICE**

/s/ Nicholas D. Picollelli, Jr.
Nicholas D. Picollelli, Jr. (#6317)
820 N. French Street
Wilmington, DE 19801
(302) 577-8660
nicholas.picollelli@delaware.gov
*Attorney for Defendants*

IT IS SO ORDERED on this 14th day of January, 2026.

_____
The Honorable Sherry R. Fallon